942

No. 77–1606. RUSSELL ET AL. v. PARKER ET AL. Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–1485. HILLIGOSS ET AL. v. LADOW, MAYOR OF KOKOMO, ET AL. Appeal from Ct. App. Ind. dismissed for want of substantial federal question.

No. 77–497. NEW ORLEANS PUBLIC SERVICE, INC. v. UNITED STATES. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Marshall* v. *Barlow's, Inc., ante,* p. 307.

No. 77–605. MISSISSIPPI POWER & LIGHT Co. v. UNITED STATES. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Marshall* v. *Barlow's, Inc., ante,* p. 307.

No. 77–557. CONSOLIDATION COAL Co. v. UNITED STATES;
No. 77–606. MARKS v. UNITED STATES; and
No. 77–622. ZITKO v. UNITED STATES. C. A. 6th Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Marshall* v. *Barlow's, Inc., ante,* p. 307; and *Michigan* v. *Tyler, ante,* p. 499.

No. 77–1270. UNITED STATES v. LABRIOLA ET AL. C. A. 2d Cir. Motions of respondents for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Mauro, ante,* p. 340.